# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00046 |
|---|---|---|
| VS. | : | JUDGE ROBERT G. JAMES |
| MARK WASHINGTON | : | MAG. JUDGE KATHLEEN KAY |

## **JUDGMENT**

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #26], and in the transcript previously filed herein, [Doc. #27] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #21], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Mark Washington on June 5, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of possession of a firearm in violation of the National Firearms Act and possession with intent to distribute a controlled substance, as charged in Counts Two and Three of the Indictment.

Monroe, Louisiana, this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE